**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |  |
|---|---|---|
| **YULIYA GLAZMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 8:26-cv-1522-TPB-AEP** |
| | ) | |
| **CITIGROUP, INC[1].,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Melissa M. Castillo, Esquire of the law firm of Jackson Lewis P.C. hereby files this, her Notice of Appearance as co-counsel for the Defendant in the above-referenced matter and requests that all future pleadings, briefs, notices, Orders, or documents of whatever kind be served upon her and lead counsel at the below listed address.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] Plaintiff was employed by Citibank, N.A. and has incorrectly filed suit against Citigroup, Inc.

DATED this 28th day of  May, 2026.

Respectfully submitted,

JACKSON LEWIS P.C.

By:　*/s/ Melissa M. Castillo*
　　　Stephanie L. Adler-Paindiris
　　　Florida Bar No. 0523283
　　　stephanie.adler-
　　　paindiris@jacksonlewis.com
　　　390 North Orange Avenue, Ste. 1285
　　　Orlando, Florida 32801
　　　Tele:　(407) 246-8440
　　　Fax:　(407) 246-8441

　　　Melissa M. Castillo
　　　Florida Bar No. 1025338
　　　melissa.castillo@jacksonlewis.com
　　　Wells Fargo Center
　　　100 South Ashley Drive
　　　Suite 2200
　　　Tampa, FL 33602
　　　Tele: (813) 512-3210
　　　Fax:　(813) 512-3211

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a copy was electronically furnished via email to yglazman@gmail.com, and by U.S. Mail to Yuliya Glazman, 2110 Thousand Trails Road, Clermont, FL 34714, *Pro Se Plaintiff.*

　　　　　　　*/s/ Melissa M. Castillo*
　　　　　　　　Melissa M. Castillo

2