UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YULIYA GLAZMAN,

      Plaintiff,

v.                      Case No. 8:26-CV-01522-TPB-AEP

CITIGROUP, INC., and
CITIBANK, N.A.

      Defendants.

_____

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND COMPEL ARBITRATION**

Defendants, Citigroup, Inc.[1] and Citibank, N.A., (hereinafter, collectively "Citi"), by and through their undersigned counsel, and pursuant to Local Rule 3.01(e), hereby move for leave to file a five-page reply to Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint and Compel Arbitration (the "Opposition") D.E. 39. In support of this motion, Citi states as follows:

**PROCEDURAL AND FACTUAL BACKGROUND**

1. Plaintiff filed her First Amended Complaint (Doc. 22) on April 23, 2026, asserting several claims of discrimination and retaliation, as well as a count for

---

[1] Plaintiff was employed only by Citibank, N.A. and has incorrectly filed suit against Citigroup, Inc.

hostile work environment which has been raised to invoke the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act ("EFAA"). Doc. 22, ¶5.

2. Citi moved to dismiss the First Amended Complaint and to compel arbitration on May 5, 2026 (the "Motion"). Doc. 29, 29-1. Citi argues that all of Plaintiff's claims in the First Amended Complaint (Doc. 22) are subject to an enforceable arbitration agreement between the Parties and that her claims are not exempted by the EFAA because Plaintiff's count for a "hostile work environment" in her First Amended Complaint does not plausibly allege sexual harassment to invoke the EFAA.

3. Plaintiff filed her Opposition on May 26, 2026, wherein she (1) mischaracterizes Eleventh Circuit case law as supporting her proposition that her sex-differentiated working conditions amount to a hostile work environment under Title VII, (2) argues that Citi's Motion should be denied because her pending Motion for Leave to File Second Amended Complaint (Doc. 34, 34-1) references newly alleged allegations concerning alleged post-litigation violations that are not addressed in her First Amended Complaint, and (3) includes information concerning confidential settlement communications that is inadmissible under Rule 408, among other meritless arguments.

## ARGUMENT

Local Rule 3.01(e) provides, in pertinent part, that except in certain instances: "no party may reply without leave. A motion for leave to reply must not exceed three pages; must specify the need for, and the length of, the proposed reply; and must not include the proposed reply. . . A reply must not exceed seven pages." M.D. Fla. L.R. Rule 3.01(e).

Citi seeks leave to file a five-page reply to address three particular issues in Plaintiff's Opposition: her mischaracterization of Eleventh Circuit case law cited in support of her argument that she has pled a plausible hostile work environment claim so as to invoke exemption from arbitration under the EFAA, the irrelevance of allegations raised in her proposed second amended complaint to Citi's Motion, and the inadmissibility of confidential settlement communications made pursuant to Rule 408. Citi's proposed reply would be limited to the three above-referenced arguments as they concern the mischaracterization of case law as well as new arguments raised in Plaintiff's Opposition.

## CONCLUSION

For all reasons provided above, Defendants respectfully request an Order granting Defendants leave to file a five-page reply to Plaintiff's Opposition (Doc. 39).

3

## <u>LOCAL RULE 3.01(g) CERTIFICATE</u>

Defendants certify that on May 29, 2026 and June 1, 2026, Defendants conferred with Plaintiff regarding the relief sought in this Motion. Plaintiff agrees to the relief sought in this Motion.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 1st day of June, 2026.

Respectfully submitted,

JACKSON LEWIS P.C.

By:    */s/ Stephanie Adler-Paindiris*
Stephanie Adler-Paindiris
Florida Bar No. 0523283
stephanie.adler-
paindiris@jacksonlewis.com
390 North Orange Avenue, Ste. 1285
Orlando, Florida 32801
Tele:   (407) 246-8440
Fax:   (407) 246-8441

Melissa M. Castillo
Florida Bar No. 1025338
melissa.castillo@jacksonlewis.com
Wells Fargo Center
100 South Ashley Drive, Suite 2200
Tampa, FL 33602
Tele: (813) 512-3210
Fax:  (813) 512-3211

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a copy was furnished via U.S. Mail to Yuliya Glazman, 2110 Thousand Trails Road, Clermont, FL 34714, *Pro Se Plaintiff.*

*/s/ Stephanie Adler-Paindiris*
Stephanie Adler-Paindiris

5