UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

In re: Administrative Orders of the Chief Judge                    Case No. 3:24-mc-20-MMH

**ORDER ON THE INEXPENSIVE DETERMINATION,
EFFICIENT, AND ABBREVIATED LITIGATION (IDEAL) PROGRAM**

The Middle District of Florida has implemented the **I**nexpensive **D**etermination, **E**fficient, and **A**bbreviated **L**itigation (**IDEAL**) Program for cases that the Court has identified as not requiring lengthy and expensive pretrial and trial proceedings. Nationwide, the average length of time for a civil case to proceed to trial is over 30 months. The purpose of this program is to offer parties an alternative, abbreviated, efficient, and cost-effective litigation with a date-certain trial before a United States Magistrate Judge.

By entry of this Order, any district or magistrate judge assigned to a case may, either *sua sponte* or upon a motion by a party, designate a case for consideration of the IDEAL Program. The present case has been identified as one that may benefit from the IDEAL Program. Accordingly, it is ORDERED that the assigned magistrate judge shall schedule a case management conference to discuss with the parties the IDEAL program or vacate the designation, as appropriate.

DONE AND ORDERED on January 20, 2026.

**MARCIA MORALES HOWARD**
Chief United States District Judge

Enc.:

IDEAL Program Procedures

Consent form

## IDEAL Program Policies and Considerations

### I.    Policies

To participate in the IDEAL Program, all parties must voluntarily agree,[1] consent, and stipulate to the submission of this case to the IDEAL Program, and to have a United States magistrate judge conduct all proceedings in the case including trial, the entry of final judgment, and all post-trial proceedings.

The parties shall review these IDEAL Program Policies and Considerations with the assigned United States Magistrate Judge and discuss a case management plan specifically tailored to the needs of the case.

Upon the filing of the Stipulated Consent to IDEAL Program and Magistrate Judge Authority, the assigned United States Magistrate Judge shall enter a Case Management Order, which provides a date certain for trial. The parties stipulate and agree that the Case Management Order (which may be subsequently amended), shall supersede and govern any inconsistencies or conflicts with the Federal Rules of Civil Procedure or the Local Rules of this Court. In all other situations, the Federal Rules of Civil Procedure, Rules of Evidence, and Local Rules of this Court shall apply.

### II.    Considerations

To achieve the goals of the IDEAL Program, the parties are encouraged to propose and consider innovative ways to increase case efficiency and reduce ligation costs. For the parties' consideration, a non-exhaustive list of case management strategies utilized by various courts throughout the country are provided below. The Court emphasizes to the parties that <u>none</u> of the following strategies are mandatory.

      **a.  Discovery in Phases:** To promote orderly and efficient discovery, the parties may

---

[1] Participation in the IDEAL Program is voluntary. A party's decision not to participate in the program will not adversely impact the party in any manner.

agree to discovery phases. For example, Phase I- written discovery, Phase II- fact depositions, Phase III expert and supplemental discovery.

b. **Limits on Discovery:** The parties may reduce the number or length of discovery requests, interrogatories, depositions and/or experts. In addition, the parties may limit the e-discovery search protocols and/or custodians.

c. **Discovery Dispute Resolution:** As an alternative to filing motions to compel or protective orders, a party may (after good faith conferral) file a single page motion requesting a discovery hearing. The Court will promptly set a hearing and either resolve the disputes at the hearing or set a limited briefing schedule.

d. **Trial:** The parties may limit the number of witnesses that may be called or the total time each party is allocated to present its case. In bench trials, written witness statements may be offered in lieu of direct testimony.

III. **Withdrawal from IDEAL Program**

A party may seek leave of Court to withdraw from the IDEAL Program and its rules. Such motions will be granted only upon a showing of extraordinary circumstances, consistent with 28 U.S.C. § 636(c)(4).

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
[CITY] DIVISION

[PLAINTIFF],

     Plaintiff,

v.                            Case No. [NUMBER]

[DEFENDANT],

     Defendant.

_____/

STIPULATED CONSENT TO IDEAL PROGRAM AND TO
MAGISTRATE JUDGE AUTHORITY

You may consent to participate in the **I**nexpensive **D**etermination, **E**fficient, and **A**bbreviated **L**itigation (**IDEAL**) Program including referral of your case to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to IDEAL and Magistrate Judge's Authority.* The following parties stipulate, and consent to submission of this case to the IDEAL Program, to be bound by the Policies of the program, and have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorney* | *Dates* |
| --- | --- | --- |
| | | |
| | | |
| | | |

## Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____

*District Judge's signature*

_____

*Printed name and title*

Note:  Return this form to the Clerk of Court only if you are consenting to the exercise of jurisdiction by a United States Magistrate Judge.  Do not return this form to a judge.