UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**YULIYA GLAZMAN,**

      **Plaintiff,**

**v.**                                    **Case No. 8:26-CV-01522-TPB-AEP**

**CITIGROUP, INC., and
CITIBANK, N.A.**

      **Defendants.**

_____

### <u>DEFENDANTS' MOTION TO BE EXCUSED FROM IDEAL PROGRAM</u>

Defendants, Citigroup, Inc.[1] and Citibank, N.A., (hereinafter, collectively "Citi"), by and through their undersigned counsel, and pursuant to the Court's Order Referring Case to U.S. Magistrate Judge for IDEAL Program (Doc. 48), hereby move to be excused from the IDEAL program in this case.

Defendants moved to dismiss and compel arbitration on May 8, 2026 on grounds that this case belongs in arbitration,[2] not in federal court. An IDEAL hearing has not yet been scheduled and, accordingly, Defendants respectfully

---

[1] Plaintiff was employed only by Citibank, N.A. and has incorrectly filed suit against Citigroup, Inc.

[2] Defendants file this Motion as part of their continued effort to enforce the Parties' agreement to arbitrate and by no means waive the right to arbitration. *See KEY W. Jetski, Inc. v. Sayre-Scibona*, No. 4:25-CV-10067-LEIBOWITZ/AUGUSTIN-BIRCH, 2026 LX 96567, at \*4 (S.D. Fla. Feb. 17, 2026) (considering whether the party seeking arbitration waived its right to arbitrate by substantially participating in the litigation).

request that the Court not schedule an IDEAL hearing in this case as Defendants do not agree to participate.

## CONCLUSION

For all reasons provided above, Defendants respectfully request that the Court not schedule an IDEAL hearing in this case because Defendants are not waiving their right to enforce the arbitration agreement.

## LOCAL RULE 3.01(g) CERTIFICATE

Defendants certify that on June 5, 2026 and June 8, 2026, Defendants conferred with Plaintiff via e-mail regarding the relief sought in this Motion. Plaintiff opposes the relief sought in this Motion.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 8th day of June, 2026.

Respectfully submitted,

JACKSON LEWIS P.C.

By:  */s/ Melissa M. Castillo*
Stephanie L. Adler-Paindiris
Florida Bar No. 0523283
stephanie.adler-paindiris@jacksonlewis.com
390 North Orange Avenue, Ste. 1285
Orlando, Florida 32801
Tele:  (407) 246-8440
Fax:   (407) 246-8441

Melissa M. Castillo
FBN 1025338
melissa.castillo@jacksonlewis.com
Wells Fargo Center
100 South Ashley Drive
Suite 2200
Tampa, FL 33602
Tele: (813) 512-3210
Fax:  (813) 512-3211

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and furnished by U.S. Mail to Yuliya Glazman, 2110 Thousand Trails Road, Clermont, FL 34714, *Pro Se Plaintiff.*

*/s/ Melissa M. Castillo*
Melissa M. Castillo

3