Yuliya Glazman
2110 Thousand Trails Road
Clermont, FL 34714
(407) 794-6503
yglazman@protonmail.com

August 7, 2026

Clerk of Court
United States District Court
Middle District of Florida, Tampa Division
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, FL 33602

Re: Documents submitted for filing in two separate actions:

(1) Glazman v. Citigroup, Inc. and Citibank, N.A., No. 8:26-cv-01522-TPB-AEP (Hon. Thomas P. Barber)

(2) Glazman v. Citigroup, Inc. and Citibank, N.A., No. 8:26-cv-02265-WFJ-SPF (Hon. William F. Jung)

Dear Clerk of Court:

Plaintiff Yuliya Glazman, appearing pro se, submits the enclosed documents for filing. The enclosures belong to two separate actions. They are grouped below by case number. Each enclosure is to be docketed only in the action under which it is listed.

Enclosures for Case No. 8:26-cv-01522-TPB-AEP (First Action):

1. **Plaintiff's Motion for a Corrective Order Pursuant to Federal Rule of Civil Procedure 60(a) [TIME SENSITIVE];**

2. Plaintiff's Motion to Correct Clerical Mistakes in the August 5, 2026 Order Pursuant to Federal Rule of Civil Procedure 60(a);

3. Plaintiff's Motion Pursuant to Federal Rule of Civil Procedure 54(b);

4. Plaintiff's Motion to Certify the August 5, 2026 Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b); and

5. Declaration of Yuliya Glazman in Support of Plaintiff's Motion to Correct the August 5, 2026 Order Under Federal Rule of Civil Procedure 60(a).

Enclosures for Case No. 8:26-cv-02265-WFJ-SPF (Second Action):

1.   Proof of Service reflecting service of the Summons and Complaint upon Defendants in the Second Action; and

2.   Plaintiff's Motion to Transfer and Vacate Pursuant to 28 U.S.C. § 455(a).

Plaintiff is not a registered CM/ECF user and submits these documents in paper. A copy of each enclosure has been furnished to counsel of record for Defendants. Plaintiff requests that the Clerk file and docket each enclosure in the action identified above and return date-stamped copies in the enclosed self-addressed, stamped envelope.

Thank you for your assistance.

Respectfully submitted,

Yuliya Glazman
Plaintiff, Pro Se