YULIYA GLAZMAN
2110 THOUSAND TRAILS BLVD
CLERMONT  FL 34714

**2 LBS**

**1 OF 1**

DWT: 15,10,2

**SHIP TO:**
CLERK OF COURT / US DISTRICT COURT
MIDDLE DISTRICT OF FL, TAMPA DIVISI
801 N FLORIDA AVE
**TAMPA  FL  33602-3849**



## FL 336 9-05



# UPS NEXT DAY AIR

**1**

TRACKING #: 1Z 33Y A20 01 2720 6290



BILLING: 3RD PARTY

 **PirateShip**®**.com**
Make shipping fun

™

XOL 26.05.01          NV45 32.0A 08/2026*

Visit ups.com for details and our privacy practices

## Extremely Urgent



**Scan QR code to schedule a pickup**

Visit **UPS.com**

### Apply shipping documents on this side.

### Window Envelope

Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper.

**This envelope** is for use with the following services: **UPS Next Day Air®**, **UPS Worldwide Express**, **UPS 2nd Day Air®**, **UPS Worldwide Expedi...**

**Do not use this envelope for:** **UPS Ground**, **UPS Standard**, **UPS 3 Day Select®**

TO: GREEN  S:182 **182-1059**
TAMPA FL 33602
MIDDLE DISTRICT OF FL, TAMPA DI
801 N FLORIDA AVE

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

Serving you for more than 110 years
United Parcel Service.®

  

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or softw...

For information about UPS's privacy practices or to opt out from the personal information, please see the UPS Privacy Notice at www.u...