**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

YULIYA GLAZMAN,

    *Plaintiff,*

    v.                      Case No. 8:26-cv-01522-TPB-AEP

CITIGROUP, INC., and
CITIBANK, N.A.,
    *Defendants.*

## DECLARATION OF YULIYA GLAZMAN IN SUPPORT OF PLAINTIFF'S TIME-SENSITIVE MOTION TO CORRECT THE AUGUST 5, 2026 ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(a)

Pursuant to 28 U.S.C. § 1746, Yuliya Glazman declares as follows:

1. I am the Plaintiff in this action. I make this declaration in support of Plaintiff's Time-Sensitive Motion to Correct the August 5, 2026 Order Under Federal Rule of Civil Procedure 60(a). The matters stated in this declaration are within my personal knowledge, and if called as a witness I could and would testify to them.

2. The Order entered August 5, 2026 (Doc. 54) states at page 2 that, although I received bonuses each year, "the amounts of those bonuses reflected poor performance ratings given to her by Defendants."

3. The statement concerns my professional performance. The First Amended Complaint alleges that Defendants use a one-to-five performance rating scale on which one is the highest achievable rating, that I received a rating of two—the second-highest achievable rating—for the 2022, 2023, 2024, and 2025 performance years, that my bonuses corresponded to those ratings, and that Defendants increased my bonus in January 2026. Doc. 22 ¶¶ 26–30.

4. I am actively seeking employment in the financial services industry. I have submitted applications for open positions, and applications remain pending.

5. I was employed in the financial services industry for approximately nineteen years. Based on that experience, background screening of candidates for employment, including review of publicly available records, is a standard practice in the industry.

6. The Order is a public record. It is accessible through the Court's electronic records system, and federal court filings in this action, identified by my name, are republished by commercial services that index court records.

7. A reader of the Order who does not also review the First Amended Complaint has no means of knowing that the statement at page 2 of the Order is contradicted by the pleading it describes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2026.

Yuliya Glazman
Plaintiff, pro se
2110 Thousand Trails Road
Clermont, FL 34714
Telephone: (407) 794-6503