**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

YULIYA GLAZMAN,

*Plaintiff,*

v. Case No. 8:26-cv-01522-TPB-AEP

CITIGROUP, INC., and
CITIBANK, N.A.,

*Defendants.*

**DECLARATION OF YULIYA GLAZMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED REPLY**

Pursuant to 28 U.S.C. § 1746, Yuliya Glazman declares:

1. I am the Plaintiff in this action. The matters stated in this declaration are within my personal knowledge.

2. On August 25, 2026, I transmitted by email to counsel for Defendants a proposal concerning the scheduling and conduct of arbitration proceedings involving Defendants.

3. The communication proposed an accelerated arbitration schedule and stated my willingness to consider substantial procedural limitations intended to reduce the duration and expense of the arbitration proceedings.

4. The communication invited Defendants to propose the most aggressive arbitration schedule they considered workable and stated that I would approach such a proposal expecting to agree.

5. The communication did not propose a monetary settlement or compromise of the claims between the parties. It concerned the scheduling, procedures, and anticipated progression of the arbitration proceedings and related litigation.

6. Attached as Exhibit A is a true and correct copy of the email I transmitted to Defendants' counsel on August 25, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2026.

Yuliya Glazman
Plaintiff, *pro se*