AUG 25 2026 AM11:26
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YULIYA GLAZMAN,

*Plaintiff,*

v. Case No. 8:26-cv-01522-TPB-AEP

CITIGROUP, INC., and
CITIBANK, N.A.,

*Defendants.*

**DECLARATION OF NINA GLAZMAN IN SUPPORT OF PLAINTIFF'S TIME-SENSITIVE MOTION TO CORRECT THE AUGUST 5, 2026 ORDER (DOC. 55)**

Pursuant to 28 U.S.C. § 1746, Nina Glazman declares:

1. I am over eighteen years of age and competent to make this declaration. The matters stated below are within my own personal knowledge.

2. I am the mother of Plaintiff Yuliya Glazman.

3. I have more than twenty years of experience in the financial services industry.

4. I have reviewed the Court's Order dated August 5, 2026 (Doc. 54). At page 2 of that Order, I read the following sentence: "although she received

bonuses each year, the amounts of those bonuses reflected poor performance ratings given to her by Defendants."

5. Reading that sentence, I understood it to state that Defendants had given Yuliya Glazman poor performance ratings.

6. I formed that understanding from the words of the sentence alone, and not from any source outside the Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2026.

Nina Glazman

Nina Glazman
Declarant