AUG 25 2026 AM11:23
FILED - USDC - FLMD - TPA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

YULIYA GLAZMAN,

*Plaintiff,*

v. Case No. 8:26-cv-01522-TPB-AEP

CITIGROUP, INC., and
CITIBANK, N.A.,

*Defendants.*

**DECLARATION OF LAJUANA DOTSON IN SUPPORT OF PLAINTIFF'S TIME-SENSITIVE MOTION TO CORRECT THE AUGUST 5, 2026 ORDER (DOC. 55)**

Pursuant to 28 U.S.C. § 1746, LaJuana Dotson declares:

1. I am over the age of eighteen and have personal knowledge of the matters stated below.

2. I am the plaintiff's friend and former Citi colleague, and I read the following statement in the Court's August 5, 2026 Order: "although she received bonuses each year, the amounts of those bonuses reflected poor performance ratings given to her by Defendants."

3. When I read that statement, I understood it to mean that Defendants had given Yuliya Glazman poor performance ratings.

4. I reached that understanding from reading the statement itself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2026.

LaJuana Dotson
Declarant